

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00344-CV

**IN RE MURPHY EXPLORATION & PRODUCTION COMPANY**, et al.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Beth Watkins, Justice

Delivered and Filed: June 5, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On May 23, 2019, relators filed a petition for writ of mandamus and an emergency motion to stay the trial court proceedings. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relators' motion to stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 15-03-54356-CV, styled *Garrett Waites v. Murphy Exploration & Production Co. d/b/a Murphy Exploration & Production, et al.*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.